UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-15620-WCH |
| Tara I. Drummey | Chapter 7 |

**ORDER ON MOTION OF OPTION ONE MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

At Boston in said District, on the          day of                 , 2007, on the Motion of **Option One Mortgage Corporation ("Movant")** after notice to all parties on the Petitioner's Certificate of Service, it is hereby

ORDERED AND DECREED:
    1.  Movant is granted Relief from the Automatic Stay imposed pursuant to 11 USC 362(a) on the filing of the Petition for Relief.

    2.  Movant and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *6 Daisy Drive, Norfolk, MA*, which mortgage is dated July 24, 2006.  A copy of such mortgage was attached to the Motion for Relief at issue.  Further, Movant is authorized to proceed with its eviction rights with respect to such Property should Movant, or its successor in interest, become the successful bidder at a foreclosure sale.

    3.  If any excess proceeds are realized as a result of the foreclosure sale, Movant shall supply the Debtor and the Chapter 7 Trustee with a complete accounting.

_____12/26/2007
Honorable Judge Hillman:
United States Bankruptcy Judge